UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS BRADY,

       Plaintiff,                                        Case No. 08-13463

v.                                                     Hon. Nancy G. Edmunds

DAVID STONE and JOHN JOHNSON,

       Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.

It is further ordered that Plaintiff's motion to dismiss without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) is DENIED.

SO ORDERED.

                                           s/Nancy G. Edmunds
                                           Nancy G. Edmunds
                                           United States District Judge

Dated: January 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 22, 2010, by electronic and/or ordinary mail.

                                           s/Carol A. Hemeyer
                                           Case Manager